UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

In re:  Bankr. Case No. 22-01036-HWV

Kenneth R. Bivens  Chapter 7

    Debtor(s)

**REQUEST FOR NOTICE**

    Pursuant to Rule 2002(g), Americredit Financial Services, Inc. dba GM Financial hereby requests that all notices, pleadings and other documents in this case be served upon it at the following address:

    Americredit Financial Services, Inc. dba GM Financial
    PO Box 183853
    Arlington, TX  76096

By  /s/ Mandy Youngblood

    Mandy Youngblood
    PO Box 183853
    Arlington, TX  76096
    877-203-5538
    877-259-6417
    Customer.service.bk@gmfinancial.com

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

In re:                                                                                                                             Bankr. Case No. 22-01036-HWV

Kenneth R. Bivens                                                                                                                             Chapter 7
      Debtor(s)

**Certificate of Service**

This Request for Notice was served electronically on the following individuals on June 22, 2022 :

| | |
|---|---|
| Gary J Imblum<br>4615 Derry Street<br>Harrisburg, PA 17111 | Leon P. Haller<br>1719 North Front Street<br>Harrisburg, PA 17102 |

By /s/ Mandy Youngblood
    Mandy Youngblood

xxxxx97272 / 1057805