Certificate Number: 16339-PAM-DE-036658954

Bankruptcy Case Number: 22-01036


16339-PAM-DE-036658954

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on July 4, 2022, at 6:05 o'clock PM EDT, Kenneth Bivens completed a course on personal financial management given by internet by Second Bankruptcy Course, LLC, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Middle District of Pennsylvania.

Date: July 4, 2022

By: /s/Kelley Tipton

Name: Kelley Tipton

Title: Certified Financial Counselor