In re:

Kenneth R. Bivens

    Debtor

Case No. 22-01036-HWV

Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0314-1             User: AutoDocke            Page 1 of 3

Date Rcvd: Sep 13, 2022          Form ID: 318            Total Noticed: 27

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 15, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Kenneth R. Bivens, 13946 Great Cove Road, Big Cove Tannery, PA 17212-9509 |
| 5478321 | + | HUD Housing, Franklin Cty HA, 436 W Washington Street, Chambersburg, PA 17201-2494 |
| 5478324 | + | Nancy Bivens, 13946 Great Cove Road, Big Cove Tannery, PA 17212-9509 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | EDI: PHINAMERI.COM | Sep 13 2022 22:43:00 | AmeriCredit Financial Services, Inc. dba GM Financ, P O Box 183853, Arlington, TX 76096-3853 |
| cr | + | EDI: RECOVERYCORP.COM | Sep 13 2022 22:43:00 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5481964 | | EDI: PHINAMERI.COM | Sep 13 2022 22:43:00 | AmeriCredit Financial Services, Inc., dba GM Financial, P O Box 183853, Arlington, TX 76096 |
| 5478313 | + | EDI: PHINAMERI.COM | Sep 13 2022 22:43:00 | AmeriCredit/GM Financial, Attn: Bankruptcy, Po Box 183853, Arlington, TX 76096-3853 |
| 5478314 | + | EDI: CITICORP.COM | Sep 13 2022 22:43:00 | Cbna, Attn: Centralized Bankruptcy, Po Box 790034, St. Louis, MO 63179-0034 |
| 5478315 | + | Email/Text: bdsupport@creditmanagementcompany.com | Sep 13 2022 18:42:00 | Credit Management Company, Attn: Bankruptcy, 2121 Noblestown Road, Pittsburgh, PA 15205-3956 |
| 5478316 | + | Email/PDF: creditonebknotifications@resurgent.com | Sep 13 2022 18:48:44 | Credit One Bank, Attn: Bankruptcy Department, Po Box 98873, Las Vegas, NV 89193-8873 |
| 5478317 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Sep 13 2022 18:48:38 | Cws/cw Nexus, Attn: Card Services, Po Box 9201, Old Bethpage, NY 11804-9001 |
| 5478318 | + | EDI: DISCOVER.COM | Sep 13 2022 22:43:00 | Discover Financial, Attn: Bankruptcy, Po Box 3025, New Albany, OH 43054-3025 |
| 5478319 | | Email/Text: collecadminbankruptcy@fnni.com | Sep 13 2022 18:42:00 | First National Bank, Attn: Bankruptcy, P.O. Box 3128, Omaha, NE 68103 |
| 5478320 | | Email/Text: mcarowick@fcmcpa.org | Sep 13 2022 18:42:38 | Fulton County Medical Center, 214 Peach Orchard Road, Mc Connellsburg, PA 17233-8559 |
| 5478311 | | EDI: IRS.COM | Sep 13 2022 22:43:00 | Internal Revenue Service, POB 7346, Philadelphia, PA 19101-7346 |
| 5478322 | + | Email/Text: LC-Bankruptcy-RF@loancare.net | Sep 13 2022 18:42:00 | Loancare, Cit Bank,, Attn: Consumer Solutions Dept, Po Box 8068, Virginia Beach, VA 23450-8068 |
| 5478323 | + | Email/Text: Mercury@ebn.phinsolutions.com | Sep 13 2022 18:42:00 | Mercury/FBT, Attn: Bankruptcy, Po Box 84064, Columbus, GA 31908-4064 |

| ID | | Method | Date/Time | Recipient |
|---|---|---|---|---|
| 5478325 | + | Email/Text: Bankruptcies@nragroup.com | Sep 13 2022 18:42:00 | National Recovery Agency, Attn: Bankruptcy, Po Box 67015, Harrisburg, PA 17106-7015 |
| 5478326 | ^ | MEBN | Sep 13 2022 18:36:25 | Novad Management Consulting LLC, 2401 NW 23rd Street, Suite 1A1, Oklahoma City, OK 73107-2448 |
| 5478312 | | EDI: PENNDEPTREV | Sep 13 2022 22:43:00 | PA Dept of Revenue, Attn: Bankruptcy Division, Dept 280946, Harrisburg, PA 17128-0946 |
| 5478312 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Sep 13 2022 18:42:00 | PA Dept of Revenue, Attn: Bankruptcy Division, Dept 280946, Harrisburg, PA 17128-0946 |
| 5478327 | + | EDI: RMSC.COM | Sep 13 2022 22:43:00 | SYNCB/Wal Mart, PO Box 965036, Orlando, FL 32896-5036 |
| 5478328 | + | EDI: RMSC.COM | Sep 13 2022 22:43:00 | SYNCB/Walmart, PO Box 965012, Orlando, FL 32896-5012 |
| 5478512 | + | EDI: RMSC.COM | Sep 13 2022 22:43:00 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5478329 | + | EDI: RMSC.COM | Sep 13 2022 22:43:00 | Synchrony Bank/Amazon, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 5478330 | + | EDI: RMSC.COM | Sep 13 2022 22:43:00 | Synchrony Bank/Gap, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 5478331 | + | EDI: RMSC.COM | Sep 13 2022 22:43:00 | Synchrony Bank/Lowes, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 5478332 | + | EDI: RMSC.COM | Sep 13 2022 22:43:00 | Synchrony/PayPal Credit, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |

TOTAL: 25

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 15, 2022      Signature:    /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 13, 2022 at the address(es) listed below:**

**Name**      **Email Address**

Gary J Imblum

on behalf of Debtor 1 Kenneth R. Bivens gary.imblum@imblumlaw.com
gary.imblum@ecf.inforuptcy.com;carol.shay@ecf.inforuptcy.com;sharlene.miller@ecf.inforuptcy.com;bernadette.davis@ecf.inforuptcy.com;gary.j.imblum@ecf.inforuptcy.com;imblumgr82281@notify.bestcase.com

Leon P. Haller (Trustee)

     lhaller@pkh.com  lrynard@pkh.com;lhaller@ecf.axosfs.com

Rebecca Ann Solarz

     on behalf of Creditor LAKEVIEW LOAN SERVICING  LLC. bkgroup@kmllawgroup.com

United States Trustee

     ustpregion03.ha.ecf@usdoj.gov


TOTAL: 4

| | | | |
|---|---|---|---|
| Debtor 1 | Kenneth R. Bivens | Social Security number or ITIN | xxx–xx–7143 |
| | First Name    Middle Name    Last Name | EIN    _ _ – _ _ _ _ _ _ _ | |
| Debtor 2 (Spouse, if filing) | First Name    Middle Name    Last Name | Social Security number or ITIN    _ _ _ _ | |
| | | EIN    _ _ – _ _ _ _ _ _ _ | |

United States Bankruptcy Court    Middle District of Pennsylvania

Case number:    1:22–bk–01036–HWV

## Order of Discharge

12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Kenneth R. Bivens
aka Kenneth R Bivens Sr

9/13/22

**By the court:**

Henry W. Van Eck, Chief Bankruptcy Judge

### Explanation of Bankruptcy Discharge in a Chapter 7 Case

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

Case 1:22-bk-01036-HWV    Doc 17    Filed 09/15/22    Entered 09/16/22 00:22:36    Desc
Imaged Certificate of Notice    Page 4 of 5

**Some debts are not discharged**
Examples of debts that are not discharged are:

- ♦ debts that are domestic support obligations;

- ♦ debts for most student loans;

- ♦ debts for most taxes;

- ♦ debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- ♦ debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- ♦ some debts which the debtors did not properly list;

- ♦ debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- ♦ debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**