United States Bankruptcy Court

Middle District of Pennsylvania

In re:                                                                    Case No. 22-01036-HWV

Kenneth R. Bivens                                                         Chapter 7

　　Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-1                        User: AutoDocke                              Page 1 of 1

Date Rcvd: Sep 13, 2022                     Form ID: fnldec                          Total Noticed: 1

The following symbols are used throughout this certificate:

| Symbol | Definition |
| --- | --- |
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 15, 2022:**

| Recip ID | Recipient Name and Address |
| --- | --- |
| db | + Kenneth R. Bivens, 13946 Great Cove Road, Big Cove Tannery, PA 17212-9509 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 15, 2022                    Signature:          /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 13, 2022 at the address(es) listed below:**

| Name | Email Address |
| --- | --- |
| Gary J Imblum | |
| | on behalf of Debtor 1 Kenneth R. Bivens gary.imblum@imblumlaw.com gary.imblum@ecf.inforuptcy.com;carol.shay@ecf.inforuptcy.com;sharlene.miller@ecf.inforuptcy.com;bernadette.davis@ecf.inforuptcy.com;gary.j.imblum@ecf.inforuptcy.com;imblumgr82281@notify.bestcase.com |
| Leon P. Haller (Trustee) | |
| | lhaller@pkh.com  lrynard@pkh.com;lhaller@ecf.axosfs.com |
| Rebecca Ann Solarz | |
| | on behalf of Creditor LAKEVIEW LOAN SERVICING  LLC. bkgroup@kmllawgroup.com |
| United States Trustee | |
| | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 4

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Kenneth R. Bivens,                                    Chapter         7
aka Kenneth R Bivens Sr,

**Debtor 1**                                          Case No.        1:22−bk−01036−HWV

Social Security No.:
                    xxx−xx−7143

Employer's Tax I.D. No.:

# FINAL DECREE

The estate of the above named debtor(s) has been fully administered.

## IT IS ORDERED THAT:

**Leon P. Haller (Trustee)**

is discharged as trustee of the estate of the above named debtor(s); and the chapter 7 case of the above named debtor(s) is closed.

By the Court,

Henry W. Van Eck, Chief Bankruptcy Judge

Dated: September 13, 2022

**fnldec** (01/22)